## (November 23, 1953.)

■

ALDINE METAL PRODUCTS CORPORATION, as Assignee of MURRAY STEIN and Others, Copartners Doing Business under the Name of ALDINE METAL PRODUCTS COMPANY, Respondent, v. BOGERT AND CARLOUGH COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See *ante*, p. 878.]

■

PHILIP APPLEBAUM et al., Respondents, v. AMY ALTIERY, Appellant.— Motion for leave to appeal to the Appellate Division granted. Motion for stay granted. The appeal is ordered to be placed on the calendar for the January, 1954, term. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ.

■

In the Matter of DORIS H. KELLAR, Petitioner, against STATE LIQUOR AUTHORITY et al., Respondents.— Motion to dismiss proceeding granted, without costs, and proceeding dismissed, without costs. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

■

MID-ISLAND PROPERTIES, INC., Respondent, v. HAROLD F. JOHNSON et al., Appellants, and WILLIAM COTTER, Undertenant, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Motion for stay denied, without costs. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CELIA SEINFELD, Appellant.— Motion for a certificate of reasonable doubt and for other relief dismissed. (See N. Y. City Crim. Cts. Act, § 31, subd. 7, and Code Crim. Pro., § 527.) Present — Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ.

■

ANGELO TOLLIS et al., Appellants, v. NEW YORK, NEW HAVEN & HARTFORD RAILROAD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See *ante*, p. 885.]

■

VERNON PARK REALTY, INC., Respondent, v. CITY OF MOUNT VERNON, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See *ante*, p. 890.]